# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LOFTUS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE V SPOT, LLC.; and DOES 1-10, inclusive, <br><br> Defendant. | Case No. 2:23-cv-05650-JLS-SK <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL (Doc. 19)** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties (Doc. 19) the entire case is dismissed with prejudice as to William Loftus and without prejudice as to the Putative Class.  Each party shall bear their own costs and expenses.

DATED:  April 11, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE